IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Beattie J. Butler, | ) | C.A. #2:15-4455-PMD-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| D. Ashley Pennington, in his individual and official capacities and Charleston County, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon the magistrate judge's recommendation that plaintiff's motion to dismiss defendant Pennington's counterclaim be granted in part and denied in part . The record includes the report and recommendation of the United States Magistrate Judge made in accordance with Local Rule 73.02(B)(2) and 28 U.S.C. § 636(b)(1)(B).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that plaintiff's motion to dismiss defendant Pennington's counterclaim with regard to the claim for defamation based on plaintiff publically claiming defendant terminated him because he has cancer is **GRANTED,** and in all other respects plaintiff's motion to dismiss defendant Pennington's counterclaim for defamation and slander *per se* is **DENIED.**

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

PATRICK MICHAEL DUFFY
United States District Judge

December 27, 2016
Charleston, South Carolina